FILED

NOT FOR PUBLICATION

JAN 27 2016

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

LI WANG,

               Petitioner,

    v.

LORETTA E. LYNCH, Attorney General,

               Respondent.

No. 14-71163

Agency No. A205-175-733

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016[**]

Before:    CANBY, TASHIMA, and NGUYEN, Circuit Judges.

    Li Wang, a native and citizen of China, petitions for review of the Board of

Immigration Appeals' ("BIA") order dismissing her appeal from an immigration

judge's ("IJ") order denying her motion to reconsider the denial of her second

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

motion to reopen removal proceedings conducted in absentia. We dismiss the petition for review.

We lack jurisdiction to consider Wang's unexhausted contentions regarding address discrepancies between the address she claims she gave to U.S. Citizenship and Immigration Services and the address to which the immigration court mailed correspondence regarding her case. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) ("We lack jurisdiction to review legal claims not presented in an alien's administrative proceedings before the BIA."). To the extent Wang contends the IJ was biased, we likewise lack jurisdiction to consider that unexhausted contention. *See id.*

We deny Wang's motion to take judicial notice of documents outside the administrative record. *See Lising v. INS*, 124 F.3d 996, 998 (9th Cir. 1997) (explaining standard for review of out-of-record evidence).

**PETITION FOR REVIEW DISMISSED.**

14-71163